UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

KEITH RUSSELL JUDD,            )
                               )
          Plaintiff,           )
                               )
     v.                        )     Civil Action No. 08 1290
                               )
                               )
FEDERAL ELECTION COMMISSION,   )
                               )
          Defendant.           )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the case is DISMISSED with prejudice as frivolous pursuant to 28 U.S.C. § 1915A, and the pending motion is denied as moot.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

Date: 7/27/08

United States District Judge